IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KENNETH HARRIS,

        Plaintiff,                 ORDER

    v.                             07-cv-678-bbc

GREGORY GRAMS, SGT. LINDA
HINICKLE and COII RYAN (Female,
First Name Unknown ("FNU")),

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order entered in this case on February 11, 2008, I denied plaintiff's request for leave to file an amended complaint because the changes he proposed to make were cosmetic and because his only substantive amendment was legally meritless. Now, before the court is correspondence from defendants dated February 15, 2008, that I construe as a motion to screen plaintiff's first amended complaint. Because I denied plaintiff's request for leave to file his amended complaint, I will deny defendants' motion to screen plaintiff's first amended complaint as moot.

1

ORDER

IT IS ORDERED that defendants' motion to screen plaintiff's first amended complaint is DENIED as moot.

Further, IT IS ORDERED that the clerk of court is requested to schedule a preliminary pretrial conference in this case before United States Magistrate Judge Stephen Crocker at such time as the magistrate judge's calendar permits.

Entered this 21st day of February, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge